Opinion issued September 19, 2002



 




 


 



 


In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00772-CR

____________


ANGEL GUEVARA, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 179th District Court

Harris County, Texas

Trial Court Cause No. 896211






MEMORANDUM OPINION

 Appellant was charged with aggravated robbery, and entered into a plea
bargain agreement with the State in which the State would recommend that
punishment be assessed at 35 years confinement. Appellant signed a written waiver
of his right to appeal if the trial court accepted the plea bargain agreement. 

 Appellant pleaded guilty, and the trial court followed the plea bargain
agreement in assessing punishment. Despite having waived the right to appeal,
appellant filed a notice of appeal. We hold the appeal must be dismissed. See Buck
v. State, 45 S.W.3d 275, 278 (Tex. App.--Houston [1st Dist.] 2001, no pet.); see also
Blanco v. State, 18 S.W.3d 218, 219-20 (Tex. Crim. App. 2000); Bushnell v. State,
975 S.W.2d 641, 642-44 (Tex. App.--Houston [14th Dist.] 1998, pet. ref'd); Littleton
v. State, 33 S.W.3d 41, 43 (Tex. App.--Texarkana 2000, pet. ref'd).

 Accordingly, we order the appeal dismissed.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Price. (1)


Do not publish. Tex. R. App. P. 47.
1. The Honorable Frank C. Price, former Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.